against the Ryan-Parker Construction Company. No opinions. Motions denied, with $10 costs. Orders filed.

---

SUNDERMAN v. SOUND REALTY CO. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by George H. Sunderman against the Sound Realty Company. No opinion. Motion denied, with $10 costs. Order filed.

---

In re SURPLESS. (Supreme Court, Appellate Division, Second Department. · January 12, 1912.) In the matter of the application of Catharine L. Surpless, etc., as mother and next friend of Eleanor L. Surpless, an infant, etc. No opinion. Motion for reargument denied, with $10 costs. For former decision, see 131 N. Y. Supp. 1146.

---

SWEENEY, Respondent, v. HECKER–JONES–JEWELL CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Emma Sweeney against the Hecker-Jones-Jewell Co. F. Hulse, for appellant. J. H. Radigan, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

SWEET, Appellant, v. CAHILL, Respondent. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) Action by Clinton W. Sweet against John M. Cahill. No opinion. Orders affirmed, with $10 costs on one order and disbursements.

---

S. & V. MOTOR CO., Appellant, v. E. R. THOMAS MOTOR BRANCH CO., Respondent. (Supreme Court, Appellate Division. Second Department. December 21, 1911.) Action by the S. & V. Motor Company against the E. R. Thomas Motor Branch Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

TABER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division. Second Department. January 5, 1912.) Action by Fred J. Taber against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

---

TAMS, Appellant, v. MITCHELL–LEWIS MOTOR CO., Respondent. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Arthur W. Tams against the Mitchell-Lewis Motor Company. M. Hart, for appellant. G. E. Roe, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re TAYLOR. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) In the matter of James Taylor, an attorney.

PER CURIAM. Report of referee confirmed. See, also, 139 App. Div. 918, 124 N. Y. Supp. 1131.

WOODWARD, J., not voting.

---

TAYLOR, Appellant, v. B. CRYSTAL & SON, Respondents (four cases). (Supreme Court, Appellate Division, First Department. December 8, 1911.) Actions by Frederick L. Taylor against B. Crystal & Son. F. L. Taylor, for appellant. H. C. Storck, for respondent. No opinions. Orders affirmed, with $10 costs and disbursements. Orders filed.

---

THOMAS, Appellant, v. NEWBURGH SAVINGS BANK et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) Action by Mary Thomas against the Newburgh Savings Bank and others. No opinion. Judgment affirmed, with costs, on the opinion of Mr. Justice Tompkins at Special Term. 130 N. Y. Supp. 810.

---

THOMASSEN, Respondent, v. NATIONAL ELEVATOR CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Thomas Thomassen against the National Elevator Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

THOMPSON v. ERIE R. CO. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Myrtle M. Thompson against the Erie Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted. For former opinion, see 131 N. Y. Supp. 627.

---

TITLE GUARANTEE & TRUST CO., Appellant, v. PROVOST, Respondent. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by the Title Guarantee & Trust Company against David Provost.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

CARR, J., not voting.

---

TOMES, Respondent, v. TOMES, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1912.) Action by Julia H. Tomes against William Austin Tomes. No opinion. Order affirmed, with $10 costs and disbursements.

---

TOMPKINS, Appellant, v. BARNES, Respondent. (Supreme Court, Appellate Division, Second Department. November 21, 1911.) Action by Theodore F. Tompkins against Howard P. Barnes. No opinion. Motion for reargument granted, and case set down for Friday, November 24, 1911. For former opinion, see 130 N. Y. Supp. 320.

---

TOMPKINS, Appellant, v. BARNES, Respondent. (Supreme Court, Appellate Division, Second Department. December 28, 1911.) Ac-